IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02379-MEH

HELENA HAYES,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed January 14, 2016; docket #20].  The Court finds the Stipulation and terms of the dismissal proper.  Thus, it is hereby **ordered** that this case is **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 15th day of January, 2016.

                                                          BY THE COURT:

                                                          Michael E. Hegarty
                                                          United States Magistrate Judge